# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED ELSHARKAWEY,<br><br>        Plaintiff,<br><br>   v.<br><br>HOMETOWN BUFFET, INC., and DOES 1 though 100, inclusive,<br><br>        Defendants. | Case No. 2:10-CV-05523-JAK-JCx<br><br>Assigned to the Hon. John K. Kronstandt<br><br>**ORDER GRANTING PARTIES' STIPULATED DISMISSAL**<br><br>**JS-6**<br><br>Complaint Filed: June 18, 2010<br>Trial Date:      July 19, 2011 |

Having considered the concurrently filed Stipulated Dismissal,

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED**

(1) That the above-referenced action be and hereby is dismissed in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1);

(2) That in sixty (60) days, the above-referenced action will be sua sponte deemed dismissed with prejudice, absent a notification to the court by one of the parties requesting relief as to the resolution of this litigation; and

(3) Each party shall bear his, her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 5, 2011

_____
The Hon. John K. Kronstadt